| | |
|---|---|
| ELMER CRUZ, individually and on behalf of all others similarly situated, | Case No. 1:26-cv-02494 -TAM |
| Plaintiff, | |
| v. | |
| ATTYX, LLC (formerly known as SUNCO CAPITAL, LLC, and also doing business as SUNCO SOLAR, SUNCO ROOFING AND SOLAR, ATTYX SOLAR LLC, ATTYX ROOFING, NEW YORK ROOFING, AND LGCY POWER), ATTYX NEW YORK LLC, GRANT YOUNG, BENSON PAYNE, SOLAR MOSAIC LLC, SOLAR SERVICING LLC, WEBBANK and SERVICE FINANCE COMPANY, LLC, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SOLAR SERVICING LLC ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elmer Cruz hereby

dismisses without prejudice all claims against Defendant Solar Servicing LLC.


Dated:  May 18, 2026         Respectfully submitted,


**BURSOR & FISHER, P.A.**

By:  /s/ *Yitzchak Kopel*
       Yitzchak Kopel

Yitzchak Kopel
Andrew J. Obergfell
1330 Avenue of the Americas
New York, NY 10019
Tel:  (646) 837-7150
Fax: (212) 989-9163
E-Mail:  ykopel@bursor.com
           aobergfell@bursor.com


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

*/s/ Yitzchak Kopel*