# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELMER CRUZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ATTYX, LLC (formerly known as SUNCO CAPITAL, LLC, and also doing business as SUNCO SOLAR, SUNCO ROOFING AND SOLAR, ATTYX SOLAR LLC, ATTYX ROOFING, NEW YORK ROOFING, AND LGCY POWER), ATTYX NEW YORK LLC, GRANT YOUNG, BENSON PAYNE, SOLAR MOSAIC LLC, SOLAR SERVICING LLC, WEBBANK and SERVICE FINANCE COMPANY, LLC,<br><br>        Defendants. | Case No. 1:26-cv-02494 -TAM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT WEBBANK ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Elmer Cruz hereby dismisses without prejudice all claims against Defendant WebBank.

Dated:  May 28, 2026            Respectfully submitted,


**BURSOR & FISHER, P.A.**

By:   /s/ *Yitzchak Kopel*
        Yitzchak Kopel

Yitzchak Kopel
Andrew J. Obergfell
1330 Avenue of the Americas
New York, NY 10019
Tel:  (646) 837-7150
Fax: (212) 989-9163
E-Mail:  ykopel@bursor.com
         aobergfell@bursor.com


*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

_/s/ Yitzchak Kopel_